# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 6, 2007

133060

THOMAS N. TERRILL,
   Plaintiff-Appellee,

v

RAYTHEON NUCLEAR and LIBERTY
MUTUAL INSURANCE COMPANY,
   Defendants-Appellants.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 133060
COA: 271140
WCAC: 04-000443

On order of the Court, the application for leave to appeal the December 18, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 6, 2007

Clerk

t0530